**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00027-REB-MJW

BENJAMIN RAMOS, an individual,

      Plaintiff,

v.

EXPEDITE CARTAGE, INC.,

      Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

      On March 20, 2006, the parties filed a **Stipulated Motion for Dismissal** [#13]. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulated Motion for Dismissal** [#13], filed March 20, 2006, is **GRANTED**;

      2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

      3.  That the Trial Preparation Conference set for June 29, 2007, is **VACATED**; and

4.  That the trial to court set to commence July 2, 2007, is **VACATED**.

Dated March 20, 2006, at Denver, Colorado.

            **BY THE COURT:**

            **s/ Robert E. Blackburn**
            **Robert E. Blackburn**
            **United States District Judge**